No. 965.  SHIMADZU ET AL. *v.* ELECTRIC STORAGE BATTERY Co.  April 27, 1942.  315 U. S. 822.

No. 970.  GREAT SOUTHERN LIFE INSURANCE CO. ET AL. *v.* WILLIAMS.  April 27, 1942.

No. 978.  PENNSYLVANIA EX REL. MAURICE *v.* SMITH, WARDEN, ET AL.  April 27, 1942.  315 U. S. 820.

No. 986.  CAMPEAU *v.* AMRINE, WARDEN.  April 27, 1942.

No. 1013.  PARKER ET AL. *v.* ILLINOIS.  April 27, 1942.

No. 157, October Term, 1939.  WEBER *v.* UNITED STATES.  May 4, 1942.  308 U. S. 590, 637.

No. —, original.  EX PARTE WILLIAM DOSTER NOLAND.  May 4, 1942.

No. 11, original.  EX PARTE FORREST HOLIDAY.  May 4, 1942.

No. 658.  UNITED STATES TO THE USE OF NOLAND COMPANY, INC. *v.* IRWIN ET AL.  May 4, 1942.  *Ante,* p. 23.

No. 981.  RANDALL *v.* LABADDIE BOTTOMS RIVER PROTECTION DISTRICT.  May 4, 1942.

No. 990.  HALL *v.* UNITED STATES.  May 4, 1942.